**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| AYODELE AKINOLA, | ) | 3:14-cv-00222-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| DAVID SEVERNS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    On August 20, 2014, the court entered a minute order setting a status conference for Tuesday, September 9, 2014, at 10:30 AM in Reno Courtroom 4 (#9). The plaintiff and counsel for the defendant were ordered to be present. On August 25, 2014, Brian R. Morris filed a notice of appearance for plaintiff (#10), and a motion to extend time to effectuate service of process on defendant David Severns.

    Federal Rule of Civil Procedure 4(m) provides that a plaintiff must provide service on defendants within 120 days after the complaint is filed to avoid dismissal. The Rule also provides, "But if the plaintiff shows good cause for the failure, the Court must extend the time for service for an appropriate

1

period."  Fed.R.Civ.P. 4(m).

    Plaintiff asserts he needs an additional 120 days to serve defendant David Severns after recently taking over the case following plaintiff's previous counsel's suspension on May 9, 2014.

    The court is satisfied with plaintiff's explanation for the delay, but finds an extension of 60 days is sufficient.  The court hereby grants an extension of 60 days for plaintiff to achieve service of process on defendant David Severns.

    Following Brian R. Morris's appearance on behalf of plaintiff, the September 9, 2014, hearing is unnecessary and, accordingly, is vacated.

    IT IS SO ORDERED.

    DATED: This 29th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE

2