1
2
3
4
5

6                              **UNITED STATES DISTRICT COURT**

7                                 **DISTRICT OF NEVADA**

8

9    AYODELE AKINOLA,                )         3:14-cv-00222-HDM-WGC
                                     )
10                    Plaintiff,     )
                                     )         ORDER
11   vs.                            )
                                     )
12   DAVID SEVERNS, an individual,   )
     MIKE PREMO, an individual,      )
13                                   )
                      Defendants.    )
14   _____ )

15        On July 23, 2014, the court stayed this action pending further

16   order of the court.  Since that date, a notice of appearance has

17   been filed by attorney Brian R. Morris on behalf of plaintiff (#10)

18   and service has been executed on defendant David Severns (#13).

19   Accordingly, the stay entered on July 23, 2014 is vacated.

20   Plaintiff shall have 20 days to respond to defendant Mike Premo's

21   motion to dismiss, filed on July 10, 2014, (#5) and joined by

22   defendant David Severns on November 3, 2014 (#14).  Defendants

23   shall have 10 days thereafter to file any reply.

24        IT IS SO ORDERED.

25        DATED: This 17th day of November, 2014.

26

27                              _Howard D. McKibben_
                                _____
28                              UNITED STATES DISTRICT JUDGE