**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AYODELE AKINOLA,                    )       3:14-cv-00222-HDM-WGC
                                    )
        Plaintiff,              )
                                    )       ORDER
vs.                                 )
                                    )
DAVID SEVERNS, an individual,       )
MIKE PREMO, an individual,          )
                                    )
        Defendants.             )
_____

    Pursuant to plaintiff's unopposed notice of voluntary dismissal (#31) and Fed. R. Civ. P. 41(a)(1)(A)(i), the remaining claims in this action are hereby **DISMISSED** without prejudice.

    IT IS SO ORDERED.

    DATED: This 14th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE