ADAM PAUL LAXALT
Attorney General
DOMINIKA J. BATTEN
Deputy Attorney General
Nevada Bar No. 12258
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2103 (phone)
(775) 688-1100 (fax)
Email: dbatten@ag.nv.gov
*Attorneys for Defendants*
*David Severns and Mike Premo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AYODELE AKINOLA,<br><br>        Plaintiff-Appellant,<br><br>    vs.<br><br>DAVID SEVERNS; MIKE PREMO,<br><br>        Defendants-Appellees. | Case No.  3:14-cv-00222-HDM-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE THEIR MOTIONS FOR SUMMARY JUDGMENT**<br><br>(First Request for this Pleading, Fourth Request for Entire Case Since Remand to District Court) |

Pursuant to Local Rules IA 6-1, IA 6-2, and 26-4, Plaintiff, AYODELE AKINOLA, and Defendants, DAVID SEVERNS and MIKE PREMO, by and through their respective attorneys, hereby stipulate and agree to extend the time for Plaintiff and Defendants to file their Motions for Summary Judgment by thirty (30) days, up to and including Monday, May 21, 2018 (May 20 is a Sunday).  The current deadline for Motions is April 20, 2018.

Good cause exists for the extension due to defense counsel's litigation and administrative hearings schedule, as well as a recent medical issue.  This is the parties' first request to extend the deadline for Motions and their fourth extension request for the entire case

1

since the case was remanded to District Court. This Stipulation is made in good faith and not for purposes of delay.

RESPECTFULLY SUBMITTED this 11th day of April, 2018.

|  |  |
|---|---|
|  | ADAM PAUL LAXALT<br>ATTORNEY GENERAL |
| By: /s/ *Brian Morris, Esq.*<br>BRIAN MORRIS, ESQ.<br>Nevada Bar No. 5431<br>5455 South Fort Apache Road, # 108-151<br>Las Vegas, Nevada 89148<br>Email: brmorris@lawforthepeople.com<br>*Attorney for Plaintiff* | By: /s/ *Dominika J. Batten*<br>DOMINIKA J. BATTEN<br>Deputy Attorney General<br>Nevada Bar No. 12258<br>State of Nevada<br>Office of the Attorney General<br>5420 Kietzke Lane, Suite 202<br>Reno, NV 89511<br>Email: dbatten@ag.nv.gov<br>*Attorney for Defendants* |

\* \* \*

**<u>ORDER</u>**

IT IS SO ORDERED this __12th__ day of __April__, 2018.

*Howard D McKibben*

UNITED STATES DISTRICT JUDGE

2