1  ADAM PAUL LAXALT
   Attorney General
2  DOMINIKA J. BATTEN
   Deputy Attorney General
3  Nevada Bar No. 12258
4  State of Nevada
   Office of the Attorney General
5  5420 Kietzke Lane, Suite 202
   Reno, NV  89511
6  (775) 687-2103 (phone)
7  (775) 688-1100 (fax)
   Email: dbatten@ag.nv.gov
8  *Attorneys for Defendants*
9  *David Severns and Mike Premo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AYODELE AKINOLA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID SEVERNS; MIKE PREMO,<br><br>Defendants. | Case No. 3:14-cv-00222-HDM-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE DISPOSITIVE MOTION**<br><br>(Second Request for this Pleading, Fifth Request for Entire Case Since Remand to District Court) |

Pursuant to Local Rules IA 6-1, IA 6-2, and 26-4, Plaintiff, Ayodele Akinola, and Defendants, David Severns and Mike Premo, by and through their respective attorneys, hereby stipulate and agree to extend the time for Defendants to file their dispositive motion by forty-five (45) days up to and including July 5, 2018.  The current deadline for the motion is May 21, 2018.

. . .

. . .

. . .

. . .

. . .

1

Good cause exists for the requested extension due to the fact that Defendants' counsel has just suffered a tragedy in her immediate family and will be out of the office for an indefinite period of time. This Stipulation is made in good faith and not for purposes of delay.

DATED: April 26, 2018

ADAM PAUL LAXALT
Attorney General

/s/ Brian R. Morris, Esq.
BRIAN R. MORRIS, ESQ.
Nevada Bar No. 5431
5455 S. Fort Apache Rd. #108-151
Las Vegas, NV  89148
Email: brmorris@lawforthepeople.com
*Attorney for Plaintiff*

By: /s/ Dominika J. Batten
DOMINIKA J. BATTEN
Deputy Attorney General
Nevada Bar No. 12258
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
Email: dbatten@ag.nv.gov
*Attorneys for Defendants*

* * *

## ORDER

IT IS SO ORDERED.

Dated: ___April 27_____, 2018

_____
UNITED STATES DISTRICT JUDGE

2