Brian R. Morris, Esq.
Nevada Bar No. 5431
5455 South Fort Apache Road, # 108-151
Las Vegas, Nevada 89148
(702) 389-3974
brmorris@lawforthepeople.com
Attorney for Plaintiff Ayodele Akinola

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AYODELE AKINOLA, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:14-cv-00222-HDM-WGC |
| | ) ORDER GRANTING |
| vs. | ) MOTION FOR EXTENSION OF TIME TO |
| | ) OPPOSE DEFENDANTS' MOTION FOR |
| DAVID SEVERNS, an individual, | ) SUMMARY JUDGMENT (ECF No. 64) |
| MIKE PREMO, an individual, | ) (First Request) |
| | ) |
| Defendants. | ) |
| | ) |

Comes Now, Plaintiff above named, by and through undersigned counsel, and pursuant to Local Rule IA 6-1, movies this Court for an extension of time to oppose Defendants' Motion for Summary Judgment (ECF No. 64).

Defendants' motion for summary judgment was filed on July 5, 2018. The deadline to oppose this motion is today (July 26, 2018). This is Plaintiff's first request for an extension of time to oppose the motion for summary judgment. This request is not for the purpose of any delay. Due to the complexity of the issues and despite working diligently on the Opposition, Plaintiff has not been able to complete the Opposition and is in need of conducting additional legal research. Plaintiff is thus requesting a 21 day extension to oppose the motion for summary judgment. During this time frame, the undersigned will also be on a planned vacation from July 31 to August 9, 2018. The undersigned was not able to contact opposing counsel as the undersigned was in court longer than expected today, but it is believed that opposing counsel would not oppose this motion. Based on the above, Plaintiff is requesting a

///

1

21 day extension from July 26, 2018 to August 16, 2018 to file his Opposition.

Dated this 26th day of July, 2018.

_____
Brian Morris, Esq.

IT IS SO ORDERED.

Dated: July 27, 2018

_____
UNITED STATES DISTRICT JUDGE