1  ADAM PAUL LAXALT
Attorney General
2  DOMINIKA J. BATTEN
Deputy Attorney General
3  Nevada Bar No. 12258
State of Nevada
4  Office of the Attorney General
5420 Kietzke Lane, Suite 202
5  Reno, NV 89511
(775) 687-2103 (phone)
6  (775) 688-1100 (fax)
7  Email: dbatten@ag.nv.gov
*Attorneys for Defendants*
8  *David Severns and Mike Premo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AYODELE AKINOLA,<br><br>  Plaintiff-Appellant,<br><br> vs.<br><br>DAVID SEVERNS; MIKE PREMO,<br><br>  Defendants-Appellees. | Case No. 3:14-cv-00222-HDM-WGC<br><br>**ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR REPY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>(First Request for this Pleading, Seventh Request for Entire Case Since Remand to District Court) |

   Pursuant to Local Rules IA 6-1, IA 6-2, and 26-4, Plaintiff, AYODELE AKINOLA, and Defendants, DAVID SEVERNS and MIKE PREMO, by and through their respective attorneys, hereby stipulate and agree to extend the time for Defendants to file their Reply in support of their Motion for Summary Judgment by eight (8) days, up to and including Friday, September 7, 2018. The current deadline for Defendants Reply is August 30, 2018.

   Good cause exists for the extension due to defense counsel's litigation and administrative hearings schedule. Defense counsel is currently working diligently on the Reply, but is in need of time to conduct additional legal research and finalize the Reply. This is the

1

parties' first request to extend the deadline for Defendant's Reply and their seventh extension request for the entire case since the case was remanded to District Court. This Stipulation is made in good faith and not for purposes of delay.

RESPECTFULLY SUBMITTED this 24th day of August 2018.

ADAM PAUL LAXALT
ATTORNEY GENERAL

By: /s/ *Brian Morris, Esq.*
    BRIAN MORRIS, ESQ.
    Nevada Bar No. 5431
    5455 South Fort Apache Road, # 108-151
    Las Vegas, Nevada 89148
    Email: brmorris@lawforthepeople.com
    *Attorney for Plaintiff*

By: /s/ *Dominika J. Batten*
    DOMINIKA J. BATTEN
    Deputy Attorney General
    Nevada Bar No. 12258
    State of Nevada
    Office of the Attorney General
    5420 Kietzke Lane, Suite 202
    Reno, NV 89511
    Email: dbatten@ag.nv.gov
    *Attorney for Defendants*

\* \* \*

## ORDER

IT IS SO ORDERED this  24th  day of   August   , 2018.

_____
UNITED STATES DISTRICT JUDGE

2