# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Ayodele Akinola,<br><br>    Plaintiff<br><br>v.<br><br>David Severns, an individual, Mike Premo, an individual,<br><br>    Defendants | Case No. 3:14-cv-00222-HDM-WGC<br><br>**Order** |

Pursuant to the stipulation to dismiss filed and signed by the parties, all remaining claims in this action are dismissed with prejudice, with each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: July 18, 2019

_____
Howard D. McKibben
Senior U.S. District Judge